# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zipps, Jennifer G. | United States District Court, District of Arizona | 04/20/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

405 W. Congress, Ste 5170
Tucson, AZ 85701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/20/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. April,2019 | National Conference of Bar Examiners is a Multi-State Bar Examination Meeting | $3,500.00 |
| 2. Oct, 2019 | National Conference of Bar Examiners is a Multi-State Bar Examination Meeting | $3,500.00 |
| 3. 2019 | Arizona State Retirement System Annuity | $14,158.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 04/11/2019 - 04/14/2019 | Nashville, TN | Constitutional Law Drafting Committee Meeting | Travel, lodging, food in conjunction with meeting |
| 2. | National Conference of Bar Examiners | 10/24/2019 - 10/27/2019 | Grand Canyon, AZ | Constitutional Law Drafting Committee Meeting | Travel, lodging, food in conjunction with meeting |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/20/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Princess Jennifer LLC (LLC owns shopping ctr in NM) | D | Dividend | K | W | | | | | |
| 3. Metropolitan Life money market | C | Interest | | | Closed | 06/25/19 | O | A | |
| 4. Bank of America (Accounts) | A | Interest | K | T | | | | | |
| 5. Fidelity Growth Co. Mutual Fund | D | Dividend | M | T | | | | | |
| 6. Fidelity U.S. Government Money Market (SPAXX) (checking account) | A | Dividend | L | T | | | | | |
| 7. Fidelity Arizona Municipal Income Fund | C | Dividend | M | T | | | | | |
| 8. Fidelity Spartan 500 Index Fund | C | Dividend | M | T | | | | | |
| 9. Fidelity Select Industrials Portfolio | A | Dividend | J | T | | | | | |
| 10. Fidelity Select Consumer Discretionary Portfolio | A | Dividend | K | T | | | | | |
| 11. Fidelity Select Technology | A | Dividend | K | T | | | | | |
| 12. Fidelity Select Communications Services Portfolio | A | Dividend | K | T | | | | | |
| 13. Fidelity Select Healthcare | A | Dividend | K | T | | | | | |
| 14. Fidelity Select Financial Services | B | Dividend | K | T | | | | | |
| 15. Fidelity Rollover IRA | A | Dividend | O | T | | | | | |
| 16. Fidelity Contrafund | D | Dividend | M | T | Sold (part) | 04/29/19 | K | F | |
| 17. Fidelity Large Cap Value Enhanced Index | | None | | | Sold | 04/02/19 | M | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Small Cap Index Fund | A | Dividend | | | Sold | 09/10/19 | M | A | |
| 19. Fidelity Event Driven Opportunities | | None | | | Sold | 03/18/19 | K | D | |
| 20. Fidelity Growth Strategies Fund | D | Dividend | M | T | | | | | |
| 21. Fidelity Blue Chip Growth Fund | D | Dividend | N | T | Buy (add'l) | 04/29/19 | M | | |
| 22. Fidelity U.S. Government Money Market (SPAXX) | A | Dividend | J | T | | | | | |
| 23. Fidelity Select Medical Technology | | None | K | T | Buy | 03/18/19 | K | | |
| 24. Fidelity Mid Cap Index Fund | C | Dividend | M | T | Buy | 09/10/19 | M | | |
| 25. Fidelity Large Cap Value Index Fund | D | Dividend | M | T | Buy | 04/02/19 | M | | |
| 26. Merrill Lynch Bank Deposit Account | A | Interest | J | T | | | | | |
| 27. Calamos Market Neutral Income Mutual Fund | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 28. Clearbridge Small Cap Mutual Fund | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 29. Hartford Growth Opportunties Mutual Fund | B | Dividend | K | T | Buy | 07/22/19 | K | | |
| 30. Ishares 20+ Year Treasury Bond ETF | A | Dividend | K | T | Buy | 07/22/19 | K | | |
| 31. John Hancock Intl Growth Mutual Fund | A | Dividend | K | T | Buy | 07/22/19 | K | | |
| 32. Mainstay MacKay High Yield Muni Bond Mutual Fund | B | Dividend | L | T | Buy | 07/22/19 | L | | |
| 33. Mainstay MacKay Tax Free Bond Mutual Fund | C | Dividend | M | T | Buy | 07/22/19 | M | | |
| 34. Natixis Gateway Fund | A | Dividend | K | T | Buy | 07/22/19 | K | | |

1 Income Gain Codes: (See Columns B1 and D4)
- A =$1,000 or less
- B =$1,001 - $2,500
- C =$2,501 - $5,000
- D =$5,001 - $15,000
- E =$15,001 - $50,000
- F =$50,001 - $100,000
- G =$100,001 - $1,000,000
- H1 =$1,000,001 - $5,000,000
- H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
- J =$15,000 or less
- K =$15,001 - $50,000
- L =$50,001 - $100,000
- M =$100,001 - $250,000
- N =$250,001 - $500,000
- O =$500,001 - $1,000,000
- P1 =$1,000,001 - $5,000,000
- P2 =$5,000,001 - $25,000,000
- P3 =$25,000,001 - $50,000,000
- P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
- Q =Appraisal
- U =Book Value
- R =Cost (Real Estate Only)
- V =Other
- S =Assessment
- W =Estimated
- T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price Divdend Growth Fund | A | Dividend | L | T | Buy | 07/22/19 | L | | |
| 36. T Rowe Price Emerging Markets Fund | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 37. Tortoise MLP & Energy Income Fund | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 38. Vangaurd Total Stock Market ETF | A | Dividend | L | T | Buy | 07/22/19 | L | | |
| 39. Virtus Vontobel Emerging Market Fund | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 40. Wldsomtree International Equity ETF | A | Dividend | K | T | Buy | 07/22/19 | K | | |
| 41. CD Berkshire Bank Boston 2/10/20 | | None | L | T | Buy | 08/05/19 | K | | |
| 42. CD Berkshire Bank Boston 8/7/2020 | | None | L | T | Buy | 08/05/19 | K | | |
| 43. CD Bank of America 5/14/2020 | | None | L | T | Buy | 08/05/19 | K | | |
| 44. CD Synovus Bank 11/15/2019 | A | Interest | | | Buy | 08/05/19 | K | | |
| 45. | | | | | Redeemed | 11/15/19 | K | | |
| 46. CD Bank of China 3/30/2020 | | None | L | T | Buy | 12/19/19 | K | | |
| 47. Bank of America Preferred Deposit Account | B | Interest | L | T | | | | | |
| 48. Merrill Lynch Bank Deposit Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The value for the LLC listed on line 2 is the cost of the interest in the LLC when obtained just prior to the purchase of the shopping center in August 2006.

The Metropolitan Life money market account on line 3 was a settlement option for a life insurance policy. It had no assets selected by or reported to the policyholder.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer G. Zipps**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544